UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KATHRYN SMITH )<br>)<br>Defendant. ) | 2:97-CR-002-LDG-LRH |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#34) on February 27th, 1998. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $37,737.17

**Total Amount of Restitution ordered**: $37,737.17\*\*

\*\*Joint and Several with co-defendant Jackie D. Smith in the amount of $31,492.16

Dated this ____23____ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE